# EXHIBIT 4

# UNITED STATES V. MINES CRIM NO. 17-10180-LTS

## GEOGRAPHIC RESTRICTION INCORPORATED INTO JUDGMENT OF CONVICTION



While on Supervised Release, JEREMIAH MINES is prohibited from entering the area indicated on the above map which is the area bounded by Melena Cass Blvd, Shawmut Ave, Washington Street, St. James Street, Moreland Street, Blue Hill Avenue, Magazine Street, Gerard Street, and Island Street without the prior express permission of the Probation Office. Nothing in this restriction shall prohibit the defendant from traveling on the named streets or from using the Boston Medical Center for an emergency or scheduled appointment after notifying Probation.