AO 245D (Rev. 3/01)  Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Jeremiah Mines** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 1: 17 CR 10180 - 1 - LTS<br><br>Tracy A. Miner<br>Defendant's Attorney |

Date of Amended judgment    1/17/18

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) __1__ of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Reside in the Residential Re-entry Center and observe/abide by all the rules | 08/21/18 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

09/05/18
Date of Imposition of Judgment

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 1991

Defendant's USM No.: 00399-138

Signature of Judicial Officer

The Honorable Leo T. Sorokin
Judge, U.S. District Court
Name & Title of Judicial Officer

Defendant's Residence Address:
124C Eustis St. #1110
Roxbury Ma 02119

Defendant's Mailing Address:
Same as above

Sept. 11, 2018
Date

AO 245D (Rev. 3/01) Sheet 3 - Supervised Release

CASE NUMBER: 1: 17 CR 10180 - 1 - LTS
DEFENDANT: Jeremiah Mines

Judgment - Page of 3

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

[x] See continuation page

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[x] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated above).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Continuation Page - Supervised Release/Probation

| | |
|---|---|
| CASE NUMBER: | 1: 17 CR 10180 - 1 - LTS |
| DEFENDANT: | Jeremiah Mines |

Judgment - Page of 3

## Continuation of Conditions of [x] Supervised Release [ ] Probation

1. The defendant must enter into a sober house for a period of up to six (6) months or until such time as alternate housing in a sober environment that is proposed and approved by the Probation Office. While in residence in a sober house, the defendant shall comply with the sober house rules and expectations and remain current with the rent.

2. You must participate in a program for substance abuse counseling and or mental health/anger management as directed by the Probation Office, which program may include testing, not to exceed 104 drug tests per year to determine whether you have reverted to the use of alcohol or drugs. Within 72 hours of release from prison the defendant shall advise probation of all prescriptions taken and 48 hours of any change in prescription.

3. You must participate in a mental health treatment program as directed by the Probation Office.

4. You must take all medications as prescribed by his mental health treatment provider.

5. You must participate in a manualized cognitive behavioral treatment program, as directed by the Probation Office. Such program may include group sessions led by a counselor, or participation in a program administered by the Probation Office.

6. You must participate in a vocational services training program, as directed by the Probation Office. Such program may include job readiness training and/or skills development training.

7. You shall be required to the costs of evaluation, treatment, programming, and/or monitoring (see Special Condition #2, 3, 5 & 6) based on the ability or availability of third-party payment.

8. The Court makes a judicial recommendation that the defendant consider participation in the Probation Office's CARE/RESTART program during the term of supervised release if deemed to be an appropriate candidate.

9. The defendant is prohibited from contacting or being in the company of individuals listed in docket entry (33-3 pg 2,3) without the express permission of his Probation Officer.

10. The defendant is to abide by the travel restrictions outlined in the Geographic map attached and incorporated in docket entry (33-4)

11. Probation has the permission to impose a curfew with electronic monitoring not more onerous that 9 p.m. to 6:00 a.m., with discretion to make exceptions or adjustments.

12. The defendant shall appear at 4:00 p.m. in courtroom 13 on the first Wednesday of each month after his release from custody.